# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 10-30155-DRH |
| | ) | |
| LOUIS F. JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
## (FINAL ORDER OF FORFEITURE)

**HERNDON, Chief Judge:**

On June 28, 2011, this court entered an order for forfeiture against defendant Louis F. Johnson for the following property which had been seized from said defendant:

**One Ranger 101.6, Model 5100, 12 gauge double barrel shotgun, bearing no serial number and any and all ammunition contained therein;**

**One Llama 9mm caliber semi-automatic pistol, bearing serial number 94559 and any and all ammunition contained therein;**

**One Winchester 30-30 caliber lever action rifle, Model 94, bearing serial number 4477119 and any and all ammunition contained therein; and**

**One Remington 22, Scoremaster Model 511, Short/Long/Long Rifle caliber bolt action rifle and any and all ammunition contained therein**.

Said order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning August 22, 2011, and ending September 20, 2011, and that no third party filed a petition within 30 days after the last date of said publication to allege an interest in the property.

Consequently, the court hereby finds, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture filed on June 28, 2011, namely:

> **One Ranger 101.6, Model 5100, 12 gauge double barrel shotgun, bearing no serial number and any and all ammunition contained therein;**
>
> **One Llama 9mm caliber semi-automatic pistol, bearing serial number 94559 and any and all ammunition contained therein;**
>
> **One Winchester 30-30 caliber lever action rifle, Model 94, bearing serial number 4477119 and any and all ammunition contained therein; and**
>
> **One Remington 22, Scoremaster Model 511, Short/Long/Long Rifle caliber bolt action rifle and any and all ammunition contained therein.**

The Bureau of Alcohol, Tobacco, Firearms and Explosives or the United States Marshal shall dispose of the property according to law. Said disposal may, at the discretion of the United States, include the destruction of the property. Said destruction may be done at such time and location and by such persons as designated by the United States Marshal or the Bureau of Alcohol, Tobacco, Firearms

and Explosives.

**IT IS SO ORDERED.**

**Signed this 24th day of January 2012.**

David R. Herndon
2012.01.24 09:40:44
-06'00'

**Chief Judge
United States District Court**